THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (SBN #116847)
STEPHANIE YONEKURA-MCCAFFREY (SBN #187131)
Assistant United States Attorneys
Major Frauds Section
    312 North Spring Street, 11th Fl.
    Los Angeles, California 90012
    Telephone: (213) 894-2041/1092
    Facsimile: (213) 894-6269
    Email: ellyn.lindsay@usdoj.gov
         Stephanie.yonekura-mccaffrey@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 02-541-GAF |
| Plaintiff, | ORDER GRANTING THE JOINT MOTION FOR PROTECTIVE ORDER TO FACILITATE ONGOING DISCOVERY |
| v. | |
| IMRE SMIDA, et al., | Trial: May 27, 2008 |
| Defendants. | |

FOR the purpose of this ORDER, THIS COURT uses the term "USAO discovery materials" to describe all materials provided, or to be provided by the U.S. Attorney's Office ("USAO") in this district to defense counsel as part of the criminal discovery process in the aforementioned case.  The term, "USAO discovery materials" includes those materials to which the defense has or will be given access by the USAO as part of criminal discovery.

FOR GOOD CAUSE BEING SHOWN BY THE JOINT MOTION FOR A PROTECTIVE ORDER TO FACILITATE DISCOVERY, and given that the USAO discovery materials (those provided or to be provided, or to which the defendants have or will be given access) contain confidential information regarding victims and witnesses, THIS COURT ORDERS THAT:

1. The evidence in this matter includes personal identification and contact information for others, including but not limited to names, telephone numbers, addresses, dates of birth, social security numbers, and bank account numbers (collectively "victim information").

2. The defendants may only possess and/or review unredacted victim information in the presence of defense counsel and/or counsel's investigator(s). The defense may use the USAO discovery materials for trial and trial preparation, and they may not use the unredacted victim information or any portion thereof except for the specific purpose of preparing or presenting a defense in this matter. If defense counsel deem it appropriate or necessary for any defendant to review some or all of the victim information in this case outside their presence (or the presence of their investigator(s)), defense counsel will, without further Order of the Court, provide only redacted portions of the victim information, where an Assistant United States Attorney or the Court approves the redactions.

3.   At the conclusion of this matter, defense counsel, defense counsel's investigator(s), and the defendants will destroy any and all copies of the victim information and any portion thereof in their actual or constructive possession.

IT IS SO ORDERED.

DATED: March 26, 2008   _____
　　　　　　　　　　　　　HON. GARY A. FEESS
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE